# Court of Appeals
# of the State of Georgia

ATLANTA,  November 08, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0350. PROFESSIONAL PARTS GROUP, LLC v. IC INDUSTRIAL REIT**

IC Industrial REIT filed this dispossessory action against Professional Parts Group, LLC in state court, and Professional Parts Group filed an answer and counterclaim, seeking compensatory damages. The state court granted IC Industrial REIT a writ of possession and ordered that a hearing would be set to determine damages. Professional Parts Group filed a notice of appeal from the state court's ruling. We, however, lack jurisdiction.

As a general rule, a right of direct appeal lies from a final judgment; that is, where the case is no longer pending below. See OCGA § 5-6-34 (a) (1). Because the issue of damages has not been resolved, Professional Parts Group was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) — including obtaining a certificate of immediate review— in order to obtain appellate review at this juncture. See *Underwood v. Dunn*, 215 Ga. App. 252, 252-253 (451 SE2d 129) (1994); *Commercial Credit Corp. v. Hawkins*, 156 Ga. App. 135, 136 (1) (274 SE2d 132) (1980). Professional Parts Group's failure to comply with the appropriate appellate procedure deprives this Court of jurisdiction over this appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/08/2023*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____ *, Clerk.*